**E-FILED**
Monday, 16 July, 2007  02:28:53 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

DANTE L. WILLIAMS

## CRIMINAL COMPLAINT

CASE NUMBER: 07-6096

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 12, 2007, in _Peoria_ County, in the _Central_ District of _Illinois_ defendant, (Track Statutory Language of Offense)

by force, violence, and intimidation, did take from the presence of employees of the National City Bank, 3429 N. Prospect, Peoria, Illinois, United States currency, belonging to, and in the care, custody, and control of said bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation

in violation of Title ___18___ United States Code, Section(s) 2113(a)_____

I further state that I am a(n) _FBI Special Agent_____ and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

s/ Agent

_____
Signature of Complainant
Paul Fairbanks
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__July 16, 2007__ at _____Peoria, IL_____
Date                                City and State

s/ John A. Gorman

JOHN A. GORMAN
United States Magistrate Judge

_____
Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT

I, Special Agent Paul Fairbanks, being duly sworn on oath, state the following:

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since November 2006. My duties include the investigation of violations of federal criminal law, including bank robbery.

This affidavit is based upon information I have gained from my investigation, training, and experience, as well as information provided by other law enforcement agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

On Thursday, July 12, 2007, at about 4:20 p.m., an African American male (hereafter, "subject") approached a teller window at National City Bank, 3429 N. Prospect, Peoria, Illinois. The subject opened what appeared to be a checkbook and turned it so that the teller could read a note that was inside. The note was to the effect of "giving up all the $100s and $50s on the counter." The teller began to put the $100s and $50s onto the counter. The subject then said something to the effect, "is that all you got, do I need to pull this out?" and made a gesture towards his waist as if he might have a weapon. No weapon was actually seen. The teller then handed money from the second drawer to the subject, as well as

the bait bills. Once the subject had the money, he told the teller to turn around and walk away. The teller walked away toward another employee and told him that he had been robbed.

A photo of the subject was obtained from surveillance video at the bank. A friend of Dante Williams identified Dante Williams as the individual in the photo taken at the time of the robbery.

On July 13, 2007, Dante Williams was arrested. After being advised of his *Miranda* rights, Williams waived those rights and talked to myself and Det. Lamb of the Peoria Police Department. Williams initially denied any involvement in a robbery at National City Bank. Williams then admitted to being at the bank, but denied it was a robbery.

In sum, Williams stated he asked a friend for some money. The friend said he did not have any money on him but that he had some at the bank. Williams said the friend gave him a check, which he did not look at to see how it was written. At the bank, he said he opened up the checkbook where the check was for the teller. The teller looked at it and then began to count out money. Williams said he took the money, put it into the book and walked out of the bank. He then drove to Taft Homes and his friend gave him $250. Williams denied asking for more money, making any threatening gestures indicating a weapon, or directing the teller to turn around and walk away from the counter.

At all times material, the deposits of National City Bank were insured by

the Federal Deposit Insurance Corporation (FDIC).

Further affiant sayeth not:

s/ Agent

_____

Special Agent Paul Fairbanks


Subscribed and sworn to before me this 16th day of July, 2007

s/ John A. Gorman

_____

John A. Gorman
United States Magistrate Judge