E-FILED
Monday, 23 July, 2007 12:22:46 PM
Clerk, U.S. District Court, ILCD

# United States District Court

RECEIVED
2007 JUL 16 P 1:26
US MARSHAL SERVICE
CENTRAL ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
vs.

DANTE L. WILLIAMS

**WARRANT FOR ARREST**

CASE NO. 07-6056

FILED
JUL 2 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2007 JUL 18 P 4:1

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **DANTE L. WILLIAMS** and bring him
                                                    Name

forthwith to the nearest magistrate to answer a complaint charging him with bank robbery

in violation of Title **18** United States Code, Section(s) **2113(a)**

JOHN A. GORMAN                          United States Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

s/ John A. Gorman

                                         Peoria, Illinois
                                         Date and Location

Bail fixed at $ **No Bond** by **John A. Gorman, United States Magistrate Judge**
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Peoria**

| Date Received | 07/16/07 | Name of Arresting Officer | Paul Fairbanks | Signature of Arresting Officer |
|---|---|---|---|---|
| Date of Arrest | 07/13/07 | Title of Arresting Officer | FBI | s/ Deputy U.S. |